THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARAGON, | Case No: 5:17-cv-00579-JCG |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INC.** |
| EQUIFAX INC., | |
| Defendant. | |

TO THE HONORABLE JUDGE GANDHI:

Plaintiff Daniel Aragon ("Plaintiff") and Defendant Equifax Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Equifax Inc. to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Equifax Inc. which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and fees to be paid by the party incurring same.

1
2
3  Dated: December 7, 2017.

_____
DANIEL ARAGON
Pro Se Plaintiff
*Electronic Signature added with express permission

4
5
6
7
8
9  Dated: December 7, 2017.          NOKES & QUINN

 /s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant Equifax Information Services LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On December 8, 2017, I served a true copy of STIPULATION OF DISMISSAL WITH PREJUDICE;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Daniel Aragon
> 2588 El Camino Real F140
> Carlsbad, CA 92008
> *Pro Se Plaintiff*

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on December 8, 2017, at Laguna Beach, California.

## SERVICE LIST

Daniel Aragon
2588 El Camino Real F140
Carlsbad, CA 92008
*Pro Se Plaintiff*