# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARAGON, | ) Case No: 5:17-cv-00579-JCG |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE AS TO DEFENDANT** |
| EQUIFAX INC., | ) **EQUIFAX INC.** |
| Defendant. | ) |

| | |
|---|---|
| 1 | Plaintiff Daniel Aragon ("Plaintiff") and Defendant Equifax Inc. ("Equifax") have announced to the Court that all matters in controversy against Equifax have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling: |

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Daniel Aragon against Defendant Equifax Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 11th day of December, 2017.

_____
Jay C. Gandhi
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On December 11, 2017, I served a true copy of **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INC.**;

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Daniel Aragon
> 2588 El Camino Real F140
> Carlsbad, CA 92008
> *Pro Se Plaintiff*

[ X ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on December 11, 2017, at Laguna Beach, California.

**SERVICE LIST**

Daniel Aragon
2588 El Camino Real F140
Carlsbad, CA 92008
*Pro Se Plaintiff*